PD-0597-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/16/2015 6:32:22 PM
Accepted 12/17/2015 7:57:01 AM
ABEL ACOSTA
CLERK

# Michael Mowla
### Attorney



P.O. Box 868
Cedar Hill, TX 75106
Dallas County

Phone: 972-795-2401
Fax: 972-692-6636
michael@mowlalaw.com
www.mowlalaw.com

December 16, 2015

Abel Acosta
Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

FILED IN
COURT OF CRIMINAL APPEALS

December 17, 2015

ABEL ACOSTA, CLERK

**Re: *Shortt v. State*, PD-0597-15**
**Via efile**

Dear Mr. Acosta:

I will appear for oral argument before the Court on Wednesday, January 13, 2016, at 9:00 a.m.

Sincerely,

Michael Mowla

CC:  Dallas County District Attorney's Office, vie efile
      State Prosecution Attorney, via efile

1